# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:05cr101LAC

JOHN HOANG CAO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 30, 2006  
Motion/Pleadings:  AMENDED MOTION AND MOTION TO QUASH SUBPOENA  
Filed by ATTY REGAN             on 1/19 & 1/25/06     Doc.# 37 & 39  
RESPONSES:  
BY GOVERNMENT                   on 1/24/06            Doc.# 31  
_____                         on _____            Doc.# _____

____ Stipulated    ____ Joint Pldg.  
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of February, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.